

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

2:17cr00005

NO. 19-mj-30393

v.

ASHYA SYMONE MCKAY,

    Defendant.

FILED
JUL 23 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant Ashya Symone McKay to answer to charges pending in another federal district, and states:

    1.    On or about July 23, 2019, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Western District of Pennsylvania based on a Supervised Release Violation. Defendant is charged in that district with Violation of Supervised Release.

    2.    Rule 5 requires this Court to determine whether defendant is the

person named in the arrest warrant described in Paragraph One above.   See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Matthew Schneider
United States Attorney

Jihan Williams
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226-3211
Jihan.Williams@usdoj.gov
(313) 226-9520

Date: 7/23/19